**USAO#**

| | AUSA: | William Orr | Telephone: (989) 895-5712 |
|---|---|---|---|
| AO 93 (Rev. 11/13) Search and Seizure Warrant | Special Agent: | Daniel Bowling, ATF | Telephone: (313) 202-3400 |

## UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.

**Clerk, U.S. District Court**
**Eastern District of Michigan**

By: s/Davon Allen

Deputy

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) |
| A RESIDENCE LOCATED AT: 6310 Karen Dr, Flint, Michigan 48504 | ) ) ) ) |

Case No.    1:25-mc-51006-1
Judge: Ludington, Thomas L.
Filed: 07-31-2025

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Michigan _____ .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before    August 14, 2025    *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to  the duty United States Magistrate _____ .

*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    July 31, 2025    1:01 pm

*Judge's signature*

City and state:    Detroit, Michigan

Elizabeth Stafford,    U. S. Magistrate Judge
*Printed name and title*

USAO# 2023R01327

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>25mc- 51006-1 | Date and time warrant executed:<br>8/14/25 / 06ω | Copy of warrant and inventory left with:<br>Kelley |
| Inventory made in the presence of :<br>SA Butz | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached property copy

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8-15-25

_____
Executing officer's signature

s/A Daniel Bowling
Printed name and title

# ATF Evidence Log

**Case #:**

Date/Time: 8/14/2025

Address: 6310 Karen Pr

Location/Name:

Other:

Team Leader:

Photographer:

Schematic Artist:

Other:

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Serial/Unique #: | Location Found: | Finder: |
|---|---|---|---|---|---|---|
| 1. | | | Red Dinner plate w/razor blade + white residue | | Kitchen Cabinet | TFO Rubio |
| 2. | | | black promag magize w/ 1 round | | basement laundry room | SA Bowling |
| 3 | | | 4 rands ammunition | | basement | SA Bowling |
| 4 | | | Ithica, model 37 SIN 381583 | | basement under stairs | TFO Black |
| 5 | | | blue & black cell phone | | basement bedroom nightstand | SA Bowling |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Evidence Tech: SA Booth     Signature: _____     Page: 1 of 1